# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. HASLEY, SR.,<br><br>           Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden; and<br>KAMALA HARRIS,<br><br>           Respondents. | Civil No.   15-cv-310-H (DHB)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**[Doc. No. 7.]**<br><br>**(2) ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; AND**<br><br>**[Doc. No. 16.]**<br><br>**(3) DENYING CERTIFICATE OF APPEALABILITY** |

On February 12, 2015, Petitioner Joseph A. Hasley, Sr., a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) On April 29, 2015, Respondents filed a motion to dismiss Petitioner's habeas petition as untimely under AEDPA's one-year statute of limitations, 28 U.S.C. § 2244(d). (Doc. No. 7.) On July 1, 2015, Petitioner filed an opposition to Respondents' motion to dismiss. (Doc. No. 15.)

On July 29, 2015, the magistrate judge issued a report and recommendation,

recommending that the Court dismiss Petitioner's habeas petition as untimely under AEDPA's one-year statute of limitations. (Doc. No. 16.) On September 17, 2015, Petitioner filed objections to the magistrate judge's R & R. (Doc. No. 20.)

After due consideration of the parties' papers, the Court adopts the magistrate judge's report and recommendation, grants Respondents' motion to dismiss the petition for writ of habeas corpus, and dismisses the petition. Here, Petitioner filed his federal habeas petition more than eight years after the one-year statute of limitations had expired. (See Doc. No. 16 at 4.) See 28 U.S.C. § 2244(d). Additionally, the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253(c)(2); see Slack v. McDaniel, 529 U.S. 473, 485 (2000) ("When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim," the Court should issue a certificate of appealability only if "jurists of reason would find it debatable whether the district court was correct in its procedural ruling.").

**IT IS SO ORDERED**.

DATED: October 6, 2015

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT